UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORINNE ALICE WRIGHT, | : | CIVIL NO. 4:07-CV-0144 |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Smyser) |
| LINDA S. McMAHON, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

## **ORDER**

**IT IS ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 is **GRANTED**. The Clerk of Court is directed to serve plaintiff's complaint in accordance with F.R.C.P. 4(i), within ten (10) days of the date of this Order.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: January 26, 2007.